**Dismiss and Opinion Filed December 8, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01063-CV

## IN THE INTEREST OF O.B., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-01466**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Garcia

On October 27, 2023, we sent a letter to the parties questioning our jurisdiction because it appears the appeal was intended for the referring court rather than this Court. We directed appellant to file a letter stating whether appellant intended to appeal to this Court or intended to appeal to the referring court by November 6, 2023. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter stating her intent nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


231063f.p05

/Dennise Garcia/
DENNISE GARCIA
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF O.B., A
CHILD

No. 05-23-01063-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-23-01466.
Opinion delivered by Justice Garcia.
Justices Partida-Kipness and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 8th day of December, 2023.